# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL FIELDS, <br><br> Plaintiff, <br><br> vs. <br><br> HOWARD SKOLNIK, <br><br> Defendants. | Case No. 2:08-cv-00659-KJD-GWF <br><br> **ORDER** <br><br> Motion to Amend Scheduling Order and to Stay Minute Order 59 In Accordance with the Requested Modification (#61) |

This matter comes before the Court on Defendants' Motion to Amend Scheduling Order and to Stay Minute Order 59 in Accordance with the Requested Modification (#61), filed on December 30, 2011. Judgment in this case was entered in favor of Defendants on February 23, 2010. Plaintiff appealed the Court's decision, and on October 17, 2011, the Ninth Circuit affirmed in part, vacated in part and remanded the case for further proceedings. (*See* #54 Memorandum/Opinion.) In accordance with the Mandate (#55), the Court ordered both parties to submit their joint pretrial orders by December 2, 2011. Plaintiff submitted his Pretrial Order (#58) on December 2, 2011. On December 13, 2011, the Court entered a Minute Order (#59) requiring Defendants to file their Joint Pre-trial Order by December 30, 2011. On December 14, 2011, Defendants filed a Notice of Change of Lead Counsel. Defendants now request additional time for new counsel to review the case and file any additional dispositive motions in this case. Upon review, the Court will grant Defendants' request and allow an additional 60 days to file dispositive motions and 30 days from the new dispositive motion deadline to file their joint pretrial order. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Defendants' Motion to Amend Scheduling Order and to Stay Minute Order 59 in Accordance with the Requested Modification (#61) is **granted**. The Court will amend the Scheduling Order in this case as follows:

> **Dispositive motions** are due no later than **March 5, 2012;** and
> **Pretrial Orders** are due no later than **April 4, 2012.**

DATED this 3rd day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge