# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MITCHELL FIELDS,

    Plaintiff,

v.

BRUCE BANNISTER, *et al*.,

    Defendants.

Case No. 2:08-CV-00659-KJD-GWF

**ORDER**

    Before the Court are Plaintiff Mitchell Fields' Motion for Judgment (#97) and Motion for Submissions (#98).

    On January 25, 2013, the Court issued an Order (#95) dismissing Plaintiff's claims for failure to state a claim and failure to exhaust administrative remedies. Plaintiff seeks entry judgment on a separate document pursuant to Federal Rule of Civil Procedure Rule 58(a) for purposes of his appeal.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment (#97) and Motion for Submissions (#98) are **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court enter a separate document setting out judgment without prejudice in favor of Defendants.

    DATED this 17th day of April 2013.

_____
Kent J. Dawson
United States District Judge